THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Calvin
 Dejeniero James, Appellant.
 
 
 

Appeal From Richland County
 James W. Johnson, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-698
Submitted December 1, 2008  Filed
 December 15, 2008    
AFFIRMED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Deborah R. J. Shupe, and Solicitor Warren B. Giese, all of Columbia,
 for Respondent.
 
 
 

PER CURIAM:  Calvin Dejeniero James
 appeals his conviction of first degree burglary and thirty-year sentence. 
 James argues the trial court erred by admitting evidence of a prior burglary in
 violation of Rules 403 and 404, SCRE.  We find any error harmless beyond a
 reasonable doubt in light of the overwhelming evidence of Jamess guilt,
 namely:  (1) pawn shop receipts indicating James personally pawned items from
 the burglary for which he was being tried; (2) James having been in possession
 of additional items from the burglary when he was arrested; and (3)
 fingerprints from James that were found at the scene.  See State v. Cabrera-Pena, 361 S.C. 372, 380, 605 S.E.2d 522, 526 (2004)
 (holding an error is harmless beyond a reasonable doubt when overwhelming
 evidence of guilt exists).

AFFIRMED.[1]
ANDERSON,
 HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.